**Order filed October 27, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00359-CV
_____

**BRANDY HEARN DEFALCO, Appellant**

**V.**

**ANTHONY JOSEPH DEFALCO, Appellee**

**On Appeal from the 53rd District Court
Travis County, Texas
Trial Court Cause No. D-1-FM-18-004752**

## O R D E R

Appellant's brief was due September 30, 2020. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **November 16, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.